IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              No. 1:99-cr-10008-T

SCOTT LEE HAYNES,

    Defendant.

---

## ORDER REFUNDING SPECIAL ASSESSMENT

It appearing to the Court that the above referenced defendant was sentenced by this honorable Court on January 11, 2000, at which time a Special Assessment in the amount of $100.00 was assessed against the defendant. A Notice of Appeal was filed by the defendant on January 18, 2000. During pendency of the appeal, the defendant made payments to satisfy the assessment amount on November 14, 2000; January 17, 2001; April 17, 2001; and July 13, 2001, totaling $100.00.

Pursuant to the Court of Appeals decision reversing the District Court, the government filed a motion to dismiss which this Court granted by way of an order entered on November 18, 2002. Accordingly, the previously paid special assessment should be refunded to the defendant. The clerk is directed to issue payment in the amount of $100.00, payable to Federal

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___06/23/05___



Bureau of Prisons, Inmate #16728-076, Scott Lee Haynes; P.O. Box 474701; Des Moines, IA; 50947-0001, in full refund of the special assessment payment.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
United States District Judge

DATE: 22 June 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 1:99-CR-10008 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Len Register
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT